**Hector Manuela LEOS, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–72559.

Agency No. A30–801–455.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Nov. 1, 2004.

Jaime Jasso, Immigration Appealworks, Westlake Village, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Alison Marie Igoe, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before KLEINFELD, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Hector Manuela Leos, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's ("IJ") order of removal. We dismiss the petition for lack of jurisdiction.

Leos's sole contention is that the IJ erred in finding his burglary conviction to be an aggravated felony. We lack jurisdiction to consider this legal claim because Leos failed to present it to the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 677 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.